IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Young, Denise

Printed: 6/24/08

Case Number: 08 B 01736
Judge: Hollis, Pamela S
Filed: 1/26/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: May 12, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 2,374.62 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,220.27 |
| Trustee Fee: |  | 154.35 |
| Other Funds: |  | 0.00 |
| Totals: | 2,374.62 | 2,374.62 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,331.50 | 2,220.27 |
| 2. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 3. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 4. | Chase Automotive Finance | Secured | 0.00 | 0.00 |
| 5. | Chase Home Finance | Secured | 19,398.00 | 0.00 |
| 6. | Chase Home Finance | Secured | 2,733.21 | 0.00 |
| 7. | RMI/MCSI | Unsecured | 200.00 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 54.34 | 0.00 |
| 9. | Jefferson Capital Systems LLC | Unsecured | 73.42 | 0.00 |
| 10. | CB USA | Unsecured | 44.00 | 0.00 |
| 11. | CCA | Unsecured |  | No Claim Filed |
| 12. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 13. | Computer Credit Service Corp | Unsecured |  | No Claim Filed |
| 14. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 15. | Custom Collection | Unsecured |  | No Claim Filed |
| 16. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 17. | Medical Business Bureau Inc | Unsecured |  | No Claim Filed |
| 18. | Mutual Hospital Services | Unsecured |  | No Claim Filed |
| 19. | Mutual Hospital Services | Unsecured |  | No Claim Filed |
| 20. | Medical Business Bureau Inc | Unsecured |  | No Claim Filed |
| 21. | Mutual Hospital Services | Unsecured |  | No Claim Filed |
| 22. | Nicor Gas | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 25,834.47 | $ 2,220.27 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Young, Denise | Case Number: 08 B 01736 |
| | Judge: Hollis, Pamela S |
| Printed: 6/24/08 | Filed: 1/26/08 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 154.35 |
| | _____ |
| | $ 154.35 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

